FILED

08/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0260

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA  21-0260

STATE OF MONTANA,

> Plaintiff and Appellee,

v.

DANIELLE WOOD,

> Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 25, 2023, within which to prepare, file, and serve Appellee's response brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 18 2023